# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-10116
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
September 14, 2017
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

                    Plaintiff−Appellee,

versus

FRANCISCO MILLAN-MADRID,

                    Defendant−Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CR-307-5

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Francisco Millan-Madrid has moved

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-10116

for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Millan-Madrid has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.